UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

1. COPPER TREE, INC.;
2. GREEN COPPER HOLDINGS, LLC; and
3. CYNTHIA DIANE BLANCHARD,
    Plaintiffs,

v.

4. FRANK LLOYD WRIGHT BUILDING CONSERVANCY; and
5. PRICE TOWER ARTS CENTER, INC.,
    Defendants.

6. CYNTHIA DIANE BLANCHARD,
    Counter-Defendant and Removing Party.

FILED
FEB 0 2 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Civil Action No. _____  26 CV - 0 5 3 SEH - CDL
(to be filled in by Clerk)

(Removed from the District Court in and for
Washington County, Oklahoma,
Case No. CJ-2024-237)

NOTICE OF REMOVAL

Removing Party Cynthia Diane Blanchard, appearing pro se, hereby removes the above-captioned civil action from the District Court in and for Washington County, State of Oklahoma, Case No. CJ-2024-237, to this Court pursuant to 28 U.S.C. §§ 1334(b) and 1452(a), and states as follows:

I. THE STATE COURT ACTION

1. On October 21, 2024, Plaintiffs Copper Tree, Inc., Green Copper Holdings, LLC, and Cynthia Blanchard filed a civil action in the District Court in and for Washington County, Oklahoma against the Frank Lloyd Wright Building Conservancy and Price Tower Arts

*Fees due*
*0 Summons*

Center, Inc., styled Copper Tree, Inc., et al. v. Frank Lloyd Wright Building Conservancy, et al., Case No. CJ-2024-237.

2. On December 12, 2024, Defendant Frank Lloyd Wright Building Conservancy filed an Answer and Counterclaim asserting claims against all Plaintiffs, including Cynthia Diane Blanchard individually, rendering Ms. Blanchard a Counter-Defendant in the action.

3. Ms. Blanchard is therefore a defendant for purposes of removal.

## II. BANKRUPTCY PROCEEDINGS AND FEDERAL JURISDICTION

4. Subsequent to the commencement of the state court action, Copper Tree, Inc. and Green Copper Holdings, LLC became debtors in Chapter 7 proceedings pending in the United States Bankruptcy Court for the Northern District of Oklahoma, Case No. 25-10088.

5. The trustee entered into a settlement with the Frank Lloyd Wright Building Conservancy resolving and releasing all claims and liabilities belonging to the bankruptcy estates of the debtor entities. That settlement was approved by order of the Bankruptcy Court entered on November 10, 2025, following the Trustee's Request for Order filed on November 4, 2025.

6. As a result of the trustee's settlement and the Bankruptcy Court's approval thereof, all claims and liabilities of the debtor entities asserted in the state court action were resolved as a matter of federal bankruptcy law.

7. The state court action nevertheless continues to assert counterclaims against Ms. Blanchard personally, the adjudication of which necessarily requires interpretation,

enforcement, and determination of the scope and preclusive effect of Bankruptcy Court orders.

### III. BASIS FOR REMOVAL

8. This action is removable under 28 U.S.C. § 1452(a) because it is related to a case under Title 11 within the meaning of 28 U.S.C. § 1334(b).

9. Resolution of the remaining counterclaims against Ms. Blanchard cannot be accomplished without construing and enforcing orders entered by the United States Bankruptcy Court, including the trustee's settlement approved on November 10, 2025.

10. Federal courts have jurisdiction to interpret and enforce bankruptcy court orders, and continued adjudication in state court would constitute an impermissible collateral attack on those orders.

### IV. TIMELINESS

11. Removal is timely because the basis for federal jurisdiction arose upon approval of the Bankruptcy Court settlement resolving the debtor entities' claims and liabilities, which materially altered the posture and jurisdictional character of the state court action. Removal under 28 U.S.C. § 1452(a) is not subject to the strict thirty-day limitations applicable to removals under 28 U.S.C. § 1446(b), and is timely under the circumstances presented here.

### V. PARTIES AND CONSENT

12. Removal is effected solely by Cynthia Diane Blanchard, a Counter-Defendant against whom claims remain pending.

13. Consent of other parties is not required for removal under 28 U.S.C. § 1452(a).

## VI. EXHIBITS

Pursuant to 28 U.S.C. § 1446(a) and Federal Rule of Bankruptcy Procedure 9027, copies of all process, pleadings, and orders served upon the Removing Party in this action are attached as follows:

- **Exhibit A – State Court Pleadings**

    Plaintiffs' Petition filed October 21, 2024, and Frank Lloyd Wright Building Conservancy's Answer and Counterclaim filed December 12, 2024.

- **Exhibit B – Bankruptcy Court Orders and Settlement**

    Executed Settlement and Release between the Chapter 7 Trustee and the Frank Lloyd Wright Building Conservancy dated July 15, 2025; Trustee's Request for Order approving settlement filed November 4, 2025; and Order approving settlement entered November 10, 2025.

- **Exhibit C – State Court Docket Sheet**

    Docket sheet for *CJ-2024-237*, District Court of Washington County, Oklahoma.

- **Exhibit D – UCC-1 Financing Statement**

    UCC-1 Financing Statement filed by the Frank Lloyd Wright Building Conservancy.

## VII. NOTICE TO STATE COURT AND PARTIES

15. Written notice of the filing of this Notice of Removal will be promptly filed with the District Court in and for Washington County, Oklahoma, and served upon all parties.

**WHEREFORE**, the above-captioned action is hereby removed to this Court.

Date: February 2, 2026

Respectfully submitted,

*/s/ Cynthia Diane Blanchard*
Cynthia Diane Blanchard
Pro Se
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Phone: 310-435-5707

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of February, 2026, I served a true and correct copy of the foregoing Notice of Removal by United States Mail, postage prepaid, upon the following counsel of record. The exhibits referenced therein were filed with the United States District Court for the Northern District of Oklahoma and are available on the federal docket.

Counsel for Defendant
Frank Lloyd Wright Building Conservancy

Malcolm E. Rosser, IV
Kayci Bair Hughes
Deric J. McClellan
Crowe & Dunlevy, P.C.
222 N. Detroit Avenue, Suite 600
Tulsa, OK 74120

Krista Schwartz
Michael Li-Ming Wong
Zaina Fontane
Wilkie Farr & Gallagher LLP
333 Bush Street
San Francisco, CA 94104

Price Tower Arts Center, Inc.
115 1/2 SE Frank Phillips Ave.
Bartlesville, OK. 74003

Respectfully submitted,

Cynthia Diane Blanchard
Pro Se
414 SE Washington Blvd., Suite 205
Bartlesville, OK 74006
Phone: 310-435-5707