F I L E D

FEB 0 5 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

# RULE 7.1 DISCLOSURE STATEMENT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

**Cynthia Diane Blanchard,**
Plaintiff and Counterclaim Defendant,

v.

**Frank Lloyd Wright Building Conservancy,**
Defendant and Counterclaim Plaintiff.

**Case No. 4:26-cv-00053**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1-1, Plaintiff and Counterclaim Defendant Cynthia Diane Blanchard, appearing pro se, submits the following disclosure:

1.  Cynthia Diane Blanchard is an individual.

2.  She is not a corporation, does not have a parent corporation, and no publicly held corporation owns 10% or more of any interest in her.

3.  Accordingly, no disclosure is required under Federal Rule of Civil Procedure 7.1.

This Disclosure Statement is filed in compliance with the Court's Minute Order entered on February 3, 2026.

Date: February 5, 2026

Respectfully submitted,

Cynthia Diane Blanchard
Plaintiff and Counterclaim Defendant, Pro Se
404 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Telephone: 310-435-5707

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2026, I caused a true and correct copy of the foregoing Rule
7.1 Disclosure Statement to be served via the Court's CM/ECF system upon all counsel of
record.

*Cynthia Diane Blanchard*

Cynthia Diane Blanchard
Plaintiff and Counterclaim Defendant, Pro Se
404 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Telephone: 310-435-5707