

# NOTICE OF DISMISSAL OF SETTLED PLAINTIFFS AND CLARIFICATION OF PARTIES

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

**Cynthia Diane Blanchard,**
Plaintiff,

v.

**Frank Lloyd Wright Building Conservancy,**
Defendant.

Case No. 4:26-cv-00053

FILED
FEB 0 5 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Plaintiff Cynthia Blanchard, appearing pro se, hereby provides notice to the Court as follows:

1. This action was originally filed with multiple plaintiffs, including Copper Tree, Inc. and Green Copper Holdings, LLC.

2. The corporate plaintiffs, Copper Tree, Inc. and Green Copper Holdings, LLC, have resolved and settled their claims with Defendant Frank Lloyd Wright Building Conservancy and are no longer parties to this action.

3. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1), all affirmative claims asserted by Copper Tree, Inc. and Green Copper Holdings, LLC are dismissed, and those entities should be terminated as plaintiffs on the docket.

4. Cynthia Blanchard, in her individual capacity, is the sole remaining plaintiff asserting affirmative claims in this matter.

5. Plaintiff Cynthia Blanchard is also named as a counterclaim defendant, and no counterclaims are dismissed or affected by this Notice.

6. Plaintiff Cynthia Blanchard is proceeding pro se at this time.

7. This Notice is filed for the limited purpose of clarifying the parties and claims and ensuring the docket accurately reflects the current posture of the case following settlement.

Date: February 5, 2026

Respectfully submitted,

*Cynthia Diane Blanchard*

Cynthia Blanchard
Plaintiff and Counterclaim Defendant, Pro Se
404 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Telephone: 310-435-5707

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2026, I caused a true and correct copy of the foregoing Notice of Dismissal of Settled Plaintiffs and Clarification of Parties to be served via the Court's CM/ECF system upon all counsel of record.

*Cynthia Diane Blanchard*
Cynthia Diane Blanchard
Plaintiff and Counterclaim Defendant, Pro Se
404 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Telephone: 310-435-5707