S/mm

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819

OFFICIAL BUSINESS

TULSA OK 740
5 FEB 2026 AM 1 L

NEOPOST 02/04/2026
US POSTAGE $000.74⁰
FIRST-CLASS MAIL
ZIP 74103
041M11287529

Postmarked 2/4/2026 S #2
26-cv53-SEH-COL

RECEIVED
FEB 10 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

NSN

Cynthia Blanchard
404 SE WASHINGTON BLVD, STE 205
BARTLESVILLE, OK 74006

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 74103388199  *2393-86872-05-21
74006-242804
74103>3881