

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED

FEB 1 9 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

**Copper Tree, Inc., Green Copper Holdings, LLC,
and Cynthia Diane Blanchard,**
Plaintiffs and Counterclaim Defendants,

v.

**Frank Lloyd Wright Building Conservancy, et al.,**
Defendants and Counterclaimants.

**Case No. 4:26-cv-00053-SEH-CDL**

## PLAINTIFF AND COUNTERCLAIM DEFENDANT CYNTHIA DIANE BLANCHARD'S MOTION FOR SUMMARY JUDGMENT AND FOR DECLARATORY RELIEF

Plaintiff and Counterclaim Defendant Cynthia Diane Blanchard ("Blanchard"), appearing pro se,

respectfully moves this Court pursuant to Federal Rule of Civil Procedure 56 for summary

judgment and declaratory relief as to the validity of the August 7, 2024 UCC-1 financing

statement filed by Defendant and Counterclaimant Frank Lloyd Wright Building Conservancy

("FLWC") against her individually.

This motion addresses the only remaining live controversy in this action. No genuine dispute of

material fact exists, and Blanchard is entitled to judgment as a matter of law.

### I. INTRODUCTION

On August 7, 2024, FLWC filed a UCC-1 financing statement naming "Blanchard, Cynthia" as

debtor. (Ex. 1.)

FLWC has never produced—and in its Answer admitted does not exist—any authenticated security agreement granting FLWC a security interest in personal property of Blanchard. (Ex. 2, Answer ¶¶ 33–34.)

Under Oklahoma's enactment of Article 9 of the Uniform Commercial Code, a security interest cannot attach absent an authenticated security agreement describing the collateral. Okla. Stat. tit. 12A, § 1-9-203(b). Because no such agreement exists, no security interest attached as a matter of law. Without attachment, the financing statement is ineffective.

Blanchard therefore seeks a declaratory judgment that no enforceable security interest exists, that the UCC-1 financing statement is void, that termination be ordered, and that final judgment enter in this matter.

## II. UNDISPUTED MATERIAL FACTS

1.  On August 7, 2024, FLWC filed a UCC-1 financing statement in Oklahoma County naming "Blanchard, Cynthia" as debtor.

    (Ex. 1.)

2.  The collateral description in the financing statement references items purportedly subject to a Preservation and Conservation Easement dated April 6, 2011.

    (Ex. 1.)

3.  In its Answer and Counterclaim, FLWC admitted that Blanchard "did not sign any document labeled as a security agreement."

    (Ex. 2, Answer ¶¶ 33–34.)

4. No promissory note, personal guaranty, or authenticated security agreement granting FLWC a security interest in personal property of Blanchard exists.

These facts are not genuinely disputed.

## III. LEGAL STANDARD

Summary judgment is appropriate where "there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a).

Declaratory relief is proper where an actual controversy exists regarding legal rights and obligations. 28 U.S.C. § 2201.

## IV. ARGUMENT

### A. Attachment of a Security Interest Requires an Authenticated Security Agreement

Under Oklahoma UCC § 1-9-203(b), a security interest attaches only if:

1. Value has been given;

2. The debtor has rights in the collateral; and

3. The debtor authenticated a security agreement describing the collateral.

Absent an authenticated security agreement, attachment cannot occur as a matter of law.

### B. No Authenticated Security Agreement Exists

FLWC admitted that Blanchard did not sign any document labeled as a security agreement. (Ex. 2, ¶¶ 33–34.)

No document granting FLWC a security interest in personal property of Blanchard has been produced or identified in the record.

An easement restricting use of property is not, without express grant language and authentication, a security agreement under Article 9.

Accordingly, the attachment requirement of § 1-9-203 has not been satisfied.

### C. Without Attachment, the Financing Statement Is Ineffective as a Matter of Law

A financing statement does not create a security interest; it perfects one that has attached. See Okla. Stat. tit. 12A, § 1-9-308(a).

Because no security interest attached, the August 7, 2024 UCC-1 financing statement is ineffective and void as a matter of law.

### D. No Remaining Justiciable Controversy Exists

The only remaining controversy concerns the validity of the August 7, 2024 UCC-1 financing statement. Once the Court declares that no enforceable security interest exists and that the financing statement is ineffective, no justiciable controversy remains between the parties.

Any remaining claims or counterclaims are therefore moot.

### V. REQUESTED RELIEF

Blanchard respectfully requests that the Court:

1. Declare that no enforceable security interest exists between FLWC and Blanchard individually;

2. Declare that the August 7, 2024 UCC-1 financing statement is ineffective and void;

3. Order FLWC to file a UCC-3 termination statement within ten (10) days of entry of the Court's order;

4. Dismiss any remaining claims and counterclaims as moot; and

5. Enter final judgment closing this case.

Date: February 19, 2026

Respectfully submitted,

*Cynthia Diane Blanchard*

Cynthia Diane Blanchard
Plaintiff and Counterclaim Defendant, Pro Se
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Telephone: 310-435-5707

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Date: February 19, 2026

Respectfully submitted,

*Cynthia Diane Blanchard*

Cynthia Diane Blanchard
Plaintiff and Counterclaim Defendant, Pro Se
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Telephone: 310-435-5707

# EXHIBIT 1

2024080702077066
08/07/2024 01:00:55 PM Pgs: 24
Fee: $29.00
Maressa Treat, County Clerk
Oklahoma County - State of Oklahoma



## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT SUBMITTER (optional) |
| M.Hannon (918.592.9839) |
| B. E-MAIL CONTACT AT SUBMITTER (optional) |

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

> Crowe & Dunlevy, A Professional Corporation
> 222 North Detroit Avenue, Suite 600
> Tulsa, Oklahoma 74120

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| BLANCHARD | CYNTHIA | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 510 South Dewey | Bartlesville | OK | 74003 | | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| | | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR Frank Lloyd Wright Building Conservancy, an Illinois not-for-profit Corporation | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 53 West Jackson Boulevard, Suite 720 | Chicago | IL | 60604 | | US |

4. COLLATERAL: This financing statement covers the following collateral:

This is an informational filing. See attached collateral description found on Exhibit A hereto and made a part hereof. The collateral is subject to that certain Preservation and Conservation Easement dated April 6, 2011 and recorded in Book 1098 at Page 238 of the land records of Washington County, Oklahoma. The debtor may be claiming an interest in, or exercising control over, the foregoing collateral.

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative |
|---|
| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor |
| 8. OPTIONAL FILER REFERENCE DATA: |

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/01/23)

EXHIBIT A

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

Class A
Those objects and areas deemed "irreplaceable" and of the utmost value. If object is removed, it shall be categorized as Class D.

Class B
Those objects deemed "valuable" but which may necessitate replacement over time due to damage or breakage. If object is removed, it shall be categorized as Class D.

Class C
These items deemed "historic" but which may necessitate replacement due to mechanical upgrades or safety concerns. If object is removed, it shall be categorized as Class D.

Class D
These objects and items (moveable or fixed) currently installed or removed from the historic building over time that shall be accessioned into the collections of Price Tower Arts Center. This body of objects shall change over time due to museum accession and collecting policies, and as new items are discovered or removed from use. A current list of accessioned Price Tower historical objects shall be provided with each easement review.

*Draft: If an item classified as A, B, or C is removed from the building, it retains its significance despite classification as D. If de-accessioning of the item for any reason is considered, the item should be reviewed and agreed upon jointly by the grantor and the grantee.*

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Accordion partition 01 | Annex Room 104 | | | Class A - irreplaceable | | |
| | | | Cabinet 01 | 1st floor Taliesin Room | Mahogany planter | | Class A - irreplaceable | | |
| | | | Cabinet 02 | Annex back room | Cabinet, with laminate replacement top | | Class A - irreplaceable | | |

1

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
|  | | | Cabinet 03 | Annex back room | | | Class A - irreplaceable | | |
|  | | | Cabinet 04 | Annex Room 104 | | | Class A - irreplaceable | | |
|  | | | Cabinet 05 | Annex Room 104 | | | Class A - irreplaceable | | |
|  | | | Cabinet 06 | Annex Room 104 | | | Class A - irreplaceable | | |
|  | | | Cabinet 07 | Annex Room 104 | | | Class A - irreplaceable | | |
|  | | | Cabinet 08 | Annex Room 104 | | | Class A - irreplaceable | | |

2

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
|  | | | Cabinet 09 | Annex back room | Cabinet | | Class A - irreplaceable | | |
|  | | | Chair 01 | Annex Room 104 | Armchair - red fabric upholstery | | Class A - irreplaceable | | **Sold to 20 c design, Spring 2024** |
|  | | | Chair 02 | Tower - 19th floor executive office | Armchair - red fabric upholstery | | Class A - irreplaceable | | |
|  | | | Chair 03 | Tower - 19th floor executive office | Armchair - blue fabric upholstery | | Class A - irreplaceable | Unique as Price Sr's chair | |
|  | | | Chair 04 | Tower - 19th floor executive office | Desk chair without arms - light fabric upholstery | | Class A - irreplaceable | | |
|  | | | Chair 05 | Tower-2nd floor display | Armchair - red fabric upholstery | | Class A - irreplaceable | | |

3

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
|  | | | Chair 06 | Tower - 19th floor executive office | Armchair - leather or simulated leather upholstery | | Class A - irreplaceable | | |
|  |  | | Chair 07 | Tower - 17th floor executive apartment | Armchair - red fabric upholstery | | Class A - irreplaceable | | |
|  | | | Cushion 01 | Tower-2nd floor archives | cushion for copper stool - red | | Class A - irreplaceable | | |
|  | | | Cushion 02 | Tower-2nd floor display | cushion for copper stool - yellow | | Class A - irreplaceable | | |
|  | | | Cushion 03 | Tower-2nd floor display | cushion for copper stool - blue | | Class A - irreplaceable | | |
|  |  | | Cushion 04 | Annex back room | cushion for copper stool - blue | | Class A - irreplaceable | | |

4

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
|  | | | Desk 01 | Tower-2nd floor display | | | Class A - irreplaceable | | |
|  |  |  | Desk 02 | Annex back room | desk | | Class A - irreplaceable | | |
|  | | | Desk 03 | Annex back room | desk | | Class A - irreplaceable | | |
|  | |  | Desk 04 | Annex back room | | | Class A - irreplaceable | | |
|  | | | Desk 05 | Annex back room | Desk top only | | Class A - irreplaceable | | |
|  |  | | Desk 06 | Annex Room 104 | Desk top only | | Class A - irreplaceable | | |

5

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  | Desk 07 | Annex Room 104 | Desk top only | | Class A - irreplaceable | | |
|  | | | Desk 08 | Annex Room 104 | Likely connected with Desk 6 or 7 desk tops | | Class A - irreplaceable | | |
|  | | | Desk 09 | Tower - 17th floor executive apartment | | fixed to wall? | Class A - irreplaceable | | |
|  | | | Directory board | Annex Room 104 | | | Class A - irreplaceable | Believed to be the only object of this type in Wright's body of work. | Sold to 20 c design, Spring 2024 |
|  |  | | Door 01 | Annex Room 104 | Mahogany veneer with vent | | Class B - valuable | | |
|  |  | | Door 02 | Annex Room 104 | Mahogany veneer frosted glazing | | Class B - valuable | | |

6

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
|  |  | | Door 03 | Annex Room 104 | Lower portion of Dutch door | | Class B - valuable | Cut from original door? | |
|  |  | | Door 04 | Annex Room 104 | Aluminum door, standard height, with glass and HCP Co. logo | | Class B - valuable | | |
|  | | | Door 05 | Annex front room | Aluminum door, tall, without glass, possibly 1st floor entry door | | Class B - valuable | | |
|  | | | Door 06 | Annex front room | Aluminum door, standard height, with glass and HCP Co. logo | | Class B - valuable | | |
|  | | | Door 07 | Annex front room | Aluminum door, standard height, with glass, no HCP Co. logo | | Class B - valuable | | |
|  | | | Door 08 | Annex front room | Aluminum door, standard height, with glass, no HCP Co. logo | | Class B - valuable | | |

7

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
|  | | | Door 09 | Annex front room | Aluminum door, standard height, with glass, no HCP Co. logo | | Class B - valuable | | |
|  | | | Door 10 | Annex front room | Aluminum door, standard height, with glass, no HCP Co. logo | | Class B - valuable | | |
|  | | | Doors/door frames | Annex attic | Approximately 50 mahogany veneer doors, approximately 8 hollow metal door frames, approximately 8 aluminum doors, at least one with HCP Co. logo | | Class B - valuable | | |
|  | | | Easel 1 | Tower-2nd floor display | | | Class A - irreplaceable | | |
|  | | | Easel 2 | Tower - 17th floor executive apartment | | | Class A - irreplaceable | | |
|  | | | Easel 3 | Tower - 18th floor executive apartment | | | Class A - irreplaceable | | |

8

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
|  | | | Easel 4 | Tower - 18th floor executive apartment | | | Class A - irreplaceable | | |
|  |  | | Elevator components | Corridor to Annex Back Room | Disassembled components of apartment elevator | | Class A - irreplaceable | | |
|  | | | Fireplace hood 1 | Annex Room 104 | Copper fireplace hood | Approximately 51" high | Class A - irreplaceable | | |
|  |  |  | Fireplace hood 2 | Annex Room 104 | Copper fireplace hood | Approximately 51" high | Class A - irreplaceable | | |
|  | | | Fireplace hood 3 | Annex Room 104 | Copper fireplace hood | Approximately 51" high | Class A - irreplaceable | | |
|  | | | Fireplace hood 4 | Annex Room 104 | Copper fireplace hood | Approximately 51" high | Class A - irreplaceable | | |

9

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
|  | | | Light fixture 1 | Annex Room 104 | | | Class A - irreplaceable | | |
|  |  | | Louver 01 | Annex Room 104 | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |
|  |  | | Louver 02 | Annex Room 104 | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |
|  |  | | Louver 03 | Annex Room 104 | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |
|  |  | | Louver 04 | Annex Room 104 | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |
|  |  | | Louver 05 | Annex Room 104 | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
|  |  | | Louver 06 | Annex Room 104 | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |
|  |  | | Louver 07 | Annex Room 104 | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |
|  |  | | Louver 08 | Annex Room 104 | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |
|  |  | | Louver 09 | Annex Room 104 | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |
|  |  |  | Louver 10 | Annex Room 104 | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |
|  |  | | Louver 11 | Tower - 19th floor executive office bathroom | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |

11

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional Items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Louver 12 | Tower - 19th floor executive office bathroom | Copper louver, partial | Approximately 18.5" wide | Class B - valuable | | |
| | | | Metal Panel 01 | Annex Room 104 | Copper panel - unpatinated | 34.5"x40" | Class A - irreplaceable | | Sold to 20 c design, Spring 2024 |
| | | | Metal Panel 02 | Annex Room 104 | Copper panel - unpatinated | 34.5"x40" | Class A - irreplaceable | | Sold to 20 c design, Spring 2024 |
| | | | Metal Panel 03 | Annex Room 104 | Copper panel - unpatinated | 34.5"x40" | Class A - irreplaceable | | |
| | | | Metal Panel 04 | Annex Room 104 | Copper panel - patinated | 34.5"x40" | Class A - irreplaceable | | Sold to 20 c design, Spring 2024 |
| | | | Metal Panel 05 | Annex Room 104 | Copper panel, partial - unpatinated | 34.5"x40" | **Class A - irreplaceable** | | |

12

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
|  |  | | Metal Panel 06 | Annex Room 104 | Copper panel, partial - unpatinated | 34.5"x40" | Class A - irreplaceable | | |
|  |  | | Metal Panel 07 | Annex Room 104 | Copper panel, partial - unpatinated | 34.5"x40" | Class A - irreplaceable | | |
|  |  | | Metal Panel 08 | Annex Room 104 | Copper panel, partial - patinated | 34.5"x40" | Class A - irreplaceable | | |
|  |  | | Metal Panel 09 | Annex Room 104 | Copper panel, partial - unpatinated | 34.5"x40" | Class A - irreplaceable | | |
|  |  | | Metal Panel 10 | Annex Room 104 | Copper panel, partial - unpatinated | 34.5"x40" | Class A - irreplaceable | | |
|  |  | | Metal Panel 11 | Annex Room 104 | Copper panel - unpatinated | 34.5"x40" | Class A - irreplaceable | | |

13

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
|  |  | | Metal Panel 12 | Annex Room 104 | Copper panel - unpatinated | 34.5"x40" | Class A - irreplaceable | | **missing as of July 2024** |
|  |  | | Metal Panel 13 | Annex Room 104 | Copper panel - patinated | 34.5"x40" | Class A - irreplaceable | | |
|  | | | Metal Panel 14 | 3rd floor executive director's office | Copper panel - patinated | 34.5"x40" | Class A - irreplaceable | | **Colateral for $10,000 loan, said loaned by Hans Schmolt. Panel understood to be at Schmolt's house.** |
|  | | | Metal Panel 15 | 2nd floor display | Copper panel - unpatinated | 34.5"x40" | Class A - irreplaceable | | |
|  | | | Plumbing fixtures | Annex attic | Plumbing fixtures, 16 roll-front sinks, 1 small sink, 1 standard sink, 2 white toilets, 1 non-white toilet | | Class C - historic | | |
|  | | | Plywood 01 | Annex Room 104 | 1/4" plywood with mahogany veneer one side, various narrow widths | | Class B - valuable | | |

14

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
|  | | | Plywood 02 | Annex Room 104 | 1/4" plywood with mahogany veneer one side, irregular shape | | Class B - valuable | | |
|  | | | Plywood 03 | Annex Room 104 | 1/4" plywood with mahogany veneer one side | | Class B - valuable | | |
|  | | | Plywood 04 | Annex Room 104 | 1/4" plywood with mahogany veneer one side | | Class B - valuable | | |
|  | | | Plywood 05 | Annex Room 104 | 1/4" plywood with mahogany veneer one side | | Class B - valuable | | |
|  | | | Plywood 06 | Annex Room 104 | 1/4" plywood with mahogany veneer one side | | Class B - valuable | | |
|  | | | Plywood 07 | Annex Room 104 | 1/4" plywood with mahogany veneer one side | | Class B - valuable | | |

15

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
|  | | | Plywood 08 | Annex Room 104 | 1/4" plywood with mahogany veneer one side | | Class B - valuable | | |
|  | | | Plywood 09 | Annex Room 104 | 1/4" plywood with mahogany veneer one side, irregular shape | | Class B - valuable | | |
|  | | | Plywood 09 | Annex Room 104 | | | Class B - valuable | | |
|  | | | Plywood 10 | Annex Room 104 | 1/4" plywood with mahogany veneer one side, irregular shape | | Class B - valuable | | |
|  | | | Plywood 11 | Annex Room 104 | 1/4" plywood with mahogany veneer one side, various narrow widths | | Class B - valuable | | |
|  |  | | Stool 01 | Tower-2nd floor archives | Copper stool | | Class A - irreplaceable | | |

16

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
|  | | | Stool 02 | Tower-2nd floor display | Copper stool | | Class A - irreplaceable | | |
|  | | | Stool 03 | Tower-2nd floor display | Copper stool | | Class A - irreplaceable | | |
|  | | | Stool 04 | Tower - 19th floor executive office | Copper stool | | Class A - irreplaceable | | |
| Not accessible during May 2022 visit | | | Stool 05 | Annex room 112 | Copper stool | | Class A - irreplaceable | | |
| Not accessible during May 2022 visit | | | Stool 06 | Annex room 112 | Copper stool | | Class A - irreplaceable | | **Sold to 20 c design, Spring 2024** |
| Not accessible during May 2022 visit | | | Stool 07 | Annex room 112 | Copper stool | | Class A - irreplaceable | | **Sold to 20 c design, Spring 2024** |

17

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
|  | | | Table 01 | Tower-2nd floor display | Copper table | | Class A - irreplaceable | | |
|  | | | Table 02 | 1st floor Taliesin Room | Designed by John DeKoven Hill for Taliesin Room in 1979, includes glass top | | Class A - irreplaceable | | |
|  | | | Table 03 | 1st floor Taliesin Room | Designed by John DeKoven Hill for Taliesin Room in 1979, includes glass top | | Class A - irreplaceable | | |
|  | | | Table 04 | 1st floor Taliesin Room | Designed by John DeKoven Hill for Taliesin Room in 1979, includes glass top | | Class A - irreplaceable | | |
|  | | | Table 05 | Annex back room | Designed by John DeKoven Hill for Taliesin Room in 1979, includes glass top | | Class A - irreplaceable | | |
|  | | | Table 06 | Tower - 17th floor executive apartment | Coffee table | | Class A - irreplaceable | | |

18

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
|  | | | Table 07 | Tower-2nd floor display | | | Class A - irreplaceable | | |
| Not accessible during May 2022 visit | | | Table 08 | Annex room 113 | Copper table | | Class A - irreplaceable | | **Sold to 20 c design, Spring 2024** |
| Not accessible during May 2022 visit | | | Table 09 | Annex room 114 | Copper table | | Class A - irreplaceable | | **Sold to 20 c design, Spring 2024** |
| Not accessible during May 2022 visit | | | Table 10 | Annex room 112 | Copper Terrace table | | Class A - irreplaceable | | |
|  | | | Typing stand 1 | Tower - 19th floor executive secretary's desk | | | Class A - irreplaceable | | |
|  | | | Waste paper basket 01 | Tower - 17th floor executive apartment | | | Class A - irreplaceable | | |

19

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
|  |  | | Waste paper basket 02 | Tower-2nd floor display | | | Class A - irreplaceable | | |
|  | | | Waste paper basket 03 | Tower-2nd floor display | | | Class A - irreplaceable | | |
|  | | | Waste paper basket 04 | Annex | | | Class A - irreplaceable | | |
|  | | | Waste paper basket 05 | Annex | | | Class A - irreplaceable | | |
| Not accessible during May 2022 visit |  | | Waste paper baskets 6-16 | room 112 | | | Class A - irreplaceable | 11 wastebaskets total in locked room 111 | |
|  |  | | Wood panel 01 | Tower - TBD | Folding panel, plywood, 5 part | | Class A - irreplaceable | | |

20

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | Wood panel 02 | Tower - TBD | Folding panel, plywood, 5 part | | Class A - irreplaceable | | |
| | | | Wood panel 03 | Annex attic | Assumed wood veneer on both sides | | Class B - valuable | | |
| | | | Wood panel 04 | Annex attic | Assumed wood veneer on both sides | | Class B - valuable | | |
| | | | Wood panel 05 | Annex Room 104 | Panel of two layers of 1/4" plywood with mahogany veneer one side | | Class B - valuable | | |
| | | | Wood panel 06 | Annex Room 104 | Mahogany veneer one side, mirror other side | | Class A - irreplaceable | | |
| | | | Wood panel 07 | Annex Room 104 | Mahogany veneer one side, mirror other side | | Class A - irreplaceable | | |

21

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
|  |  | | Wood panel 08 | Annex Room 104 | Mahogany veneer one side, mirror other side | | Class A - irreplaceable | | |
|  |  | | Wood panel 09 | Annex Room 104 | | | Class A - irreplaceable | | |
|  |  | | Wood panel 10 | Annex Room 104 | | | Class A - irreplaceable | | |
|  |  | | Wood panel 11 | Annex Room 104 | | | Class A - irreplaceable | | |
|  |  | | Wood panel 12 | Annex Room 104 | | | Class A - irreplaceable | | |
|  |  | | Wood panel 13 | Annex Room 104 | Panel of two layers of 1/4" plywood with mahogany veneer one side | | Class B - valuable | | |

22

Frank Lloyd Wright Building Conservancy
Price Tower - Schedule of 3-dimensional items addressed by easement
Based on on-site inventory May 2022
Updated 7/30/2024

| Item photo | Item photo | Item photo | Title | Location as of 2022.05.05 | Description | Approximate dimensions | Class | Notes | Status |
|---|---|---|---|---|---|---|---|---|---|
|  |  | | Wood panel 14 | Annex Room 104 | Panel of two layers of 1/4" plywood with mahogany veneer one side | | Class B - valuable | | |
|  | | | Wood panel 15 | Annex Room 104 | | | Class A - irreplaceable | | |

23

# EXHIBIT 2

32.    Defendants deny the allegations in Paragraph 32 of Plaintiffs' Petition. Upon information and belief, Ms. Blanchard purported to claim ownership of numerous parts of the Price Tower property, contained in the UCC Filing, when she sold them to third parties or pledged them as collateral to third parties. Moreover, on information and belief, Ms. Blanchard caused numerous parts of the Price Tower property to be moved from the Price Tower to her personal residence, from which she sold those items to third parties.

33.    Defendant admits that Blanchard did not sign any document labeled as a security agreement. Defendant denies the remaining allegations in Paragraph 33 of Plaintiffs' Petition.

34.    Defendant admits that Blanchard did not sign any document labeled as a security agreement. Defendant denies the remaining allegations in Paragraph 34 of Plaintiffs' Petition.

35.    Defendant admits that Green Copper did not sign any document labeled as a security agreement. Defendant denies the remaining allegations in Paragraph 35 of Plaintiffs' Petition.

36.    Defendant admits that Green Copper did not sign any document labeled as a security agreement. Defendant denies the remaining allegations in Paragraph 36 of Plaintiffs' Petition.

37.    Defendant admits that Copper Tree did not sign any document labeled as a security agreement. Defendant denies the remaining allegations in Paragraph 37 of Plaintiffs' Petition.

38.    Defendant admits that Copper Tree did not sign any document labeled as a security agreement. Defendant denies the remaining allegations in Paragraph 38 of Plaintiffs' Petition.