

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**Copper Tree, Inc., Green Copper Holdings, LLC, and Cynthia Diane Blanchard,**
Plaintiffs and Counterclaim Defendants,

v.

**Frank Lloyd Wright Building Conservancy, et al.,**
Defendants and Counterclaimants.

Case No. 4:26-cv-00053-SEH-CDL

**PLAINTIFF AND COUNTERCLAIM DEFENDANT CYNTHIA DIANE BLANCHARD'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and LCvR 56.1, Plaintiff and Counterclaim Defendant Cynthia Diane Blanchard submits the following concise statement of material facts as to which there is no genuine dispute:

**1.** On August 7, 2024, Defendant Frank Lloyd Wright Building Conservancy ("FLWC") filed a UCC-1 Financing Statement naming "Blanchard, Cynthia" as debtor. (See Exhibit 1, UCC-1 Financing Statement.)

**2.** The UCC-1 financing statement purports to reference items allegedly subject to a Preservation and Conservation Easement dated April 6, 2011. (See Exhibit 1, UCC-1 Financing Statement.)

**3.** FLWC has not produced any authenticated security agreement signed by Cynthia Blanchard granting FLWC a security interest in personal property.

**4.** In its Answer and Counterclaim, Defendant admitted: "Blanchard did not sign any document labeled as a security agreement." (See Exhibit 2, Answer ¶¶ 33–34.)

Because these facts are not genuinely disputed, summary judgment is appropriate.

Date:   February 19, 2026

Respectfully submitted,

*Cynthia Diane Blanchard*

Cynthia Diane Blanchard
Plaintiff and Counterclaim Defendant, Pro Se
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Telephone: 310-435-5707

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Date: February 19, 2026

Respectfully submitted,

*Cynthia Diane Blanchard*

Cynthia Diane Blanchard
Plaintiff and Counterclaim Defendant, Pro Se
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
Telephone: 310-435-5707