

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

FILED

MAR 0 4 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

COPPER TREE, INC., a Delaware Corporation; )
GREEN COPPER HOLDINGS, LLC, )
a New Mexico Limited Liability Company; )
and CYNTHIA BLANCHARD, )
an individual; )
        )
       Plaintiffs, )  Case No.: 26-cv-00053-SHE-CDL
        )
v. )
        )
FRANK LLOYD WRIGHT BUILDING )
CONSERVANCY, an Illinois not-for-profit )
corporation; )
PRICE TOWER ARTS CENTER, INC., )
an Oklahoma nonprofit organization; )
        )
       Defendants. )

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Cynthia Diane
Blanchard, Plaintiffs Copper Tree, Inc., Green Copper Holdings, LLC, by and through the
Bankruptcy Trustee in Case No. 25-10084-M, and Defendant Frank Lloyd Wright Building
Conservancy hereby stipulate that all claims and counterclaims asserted in this action are dismissed
with prejudice, with each party to bear their own attorneys 'fees and costs.

Dated this ___ day of March, 2026.

Respectfully submitted,

Cynthia Diane Blanchard (Pro Se)
414 SE Washington Blvd., Ste. 205
Bartlesville, OK 74006
310-435-5707
cynthiadblanchard@gmail.com
*Plaintiff*

Malcolm E. Rosser IV, OBA #7772
Kayci Bair Hughes, OBA #18399
Deric J. McClellan, OBA #32827
CROWE & DUNLEVY
222 N. Detroit Ave., Suite 600
Tulsa, OK 74120
(918) 592-9800
(918) 592-9801 (Facsimile)

Tulsa, OK 74120
(918) 592-9800
(918) 592-9801 (Facsimile)
mac.rosser@crowedunlevy.com
kayci.hughes@crowedunlevy.com
Deric.mcclellan@crowedunlevy.com

Zaina Fontane, *Pending PHV Admission*
Willke Farr & Gallagher, LLP
1875 K Street, N.W., 2nd Floor
Washington, D.C. 20006-1238
+1-202-303-1067
+1-202-303-2000 Facsimile
zfontane@willkie.com

-and-

Krista Schwartz, *Pending PHV Admission*
Michael Li-Ming Wong, *Pending PHV Admission*
Willke Farr & Gallagher, LLP
333 Bush Street, 34th Floor
San Francisco, CA 94104
+1-415-858-7400
+1-415-858-7599
kschwartz@willkie.com
MLWong@willkie.com

**ATTORNEYS FOR DEFENDANT,**
**FRANK LLOYD WRIGHT BUILDING**
**CONSERVANCY**

_____
Patrick J. Malloy III, OBA #5647
MALLOY LAW FIRM, P.C.
401 S. Boston Ave. Suite 500
Tulsa, Oklahoma 74103
Telephone: 918-699-0345
Fax:    918-699-0325
*ATTORNEYS FOR TRUSTEE in Substantively*
*Consolidated Bankruptcy Case filed by*
*Green Copper Holdings, LLC and Copper Tree,*
*Inc. (the "Chapter 7 Debtors") under Case No.*
*25-10088-T*

2



## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER [optional]

**D. McClellan (918.592.9833)**

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

**Crowe & Dunlevy, A Professional Corporation**
**222 North Detroit Avenue, Suite 600**
**Tulsa, OK 74120**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER<br>**2024080702077066** | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded)<br>in the REAL ESTATE RECORDS.<br>Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13. |
| --- | --- |

2. ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of  Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9.
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:**  Effectiveness of the Financing Statement identified above with respect to security interest(s) of  Secured Party authorizing this Continuation Statement is continued for the
additional period provided by applicable law.

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:      **AND Check one of these three boxes to:**

This Change affects ☐ Debtor or ☐ Secured Party of record | ☐ CHANGE name and/or address complete item 6a or 6b and item 7a or 7b and item 7c | ☐ ADD name: Complete item 7a or 7b, and item 7c | ☐ DELETE name: Give record name to be deleted in item 6a or 6b.

6. CURRENT RECORD INFORMATION: Complete for Party Information Change-provide only one name(6a or 6b)(use exact, full name;do not omit,modify or abbreviate any word in the Debtor's name)

| OR | 6a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- | --- |
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION:Complete for Assignment or Party Information Change - provide only one name(7a or 7b)(use exact,full name;do not omit,modify, or abbreviate any word in the Debtor's name)

| OR | 7a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- | --- |
| | 7b. INDIVIDUAL'S SURNAME | | | |
| | FIRST PERSONAL NAME | | | |
| | ADDITIONAL NAME(S)/INITIAL(S) That are part of the name of this Debtor | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |

8. ☐ **COLLATERAL CHANGE:**  *Also check one of these four boxes:*  ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b),(name of Assignor,if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐  and provide name of authorizing DEBTOR

| OR | 9a. ORGANIZATION'S NAME<br>**Frank Lloyd Wright Building Conservancy, an Illinois not-for-profit Corporation** | | | |
| --- | --- | --- | --- | --- |
| | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10.OPTIONAL FILE REFERENCE DATA

FILING OFFICE COPY - UCC FINANCING STATEMENT AMENDMENT(FORM UCC3) (REV. 11/01/15)