# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **COPPER TREE, INC. et al.,** | |
| Plaintiffs, | |
| v. | Case No. 26-CV-00053-SEH |
| **FRANK LLOYD WRIGHT BUILDING CONSERVANCY et al.,** | |
| Defendants. | |

## ORDER

Plaintiff Cynthia Blanchard removed this action from the District Court of Washington County, State of Oklahoma, case No. CJ-2024-237, pursuant to 28 U.S.C. § 1452. Now before the Court is the joint stipulation of dismissal, [ECF No. 10], which was signed by Blanchard on her own behalf.

The statute that Blanchard removed this case under provides: "The court to which such claim or cause of action is removed may remand such claim or cause of action on any equitable ground." 28 U.S.C. § 1452(b). Because the party who removed this action now seeks to dismiss her claims, the Court remands this action to the District Court of Washington County, State of Oklahoma.

It is, therefore, ORDERED, that this action is REMANDED to the District Court of Washington County, State of Oklahoma.

DATED this 9th day of March, 2026.

_____
Sara E. Hill
UNITED STATES DISTRICT JUDGE